**NWR CONSTRUCTION & EXTERIORS, INC.**

**Exhibit B - Liquidation Analysis**

**Assets**

|  | Scheduled Value | Liens | Net Value |
|---|---|---|---|
| Checking account | 9,624.00 | 0.00 | 9,624.00 |
| 2017 Land Rover | 34,000.00 | 26,118.39 | 7,881.61 |
| 2004 Dodge 3500 pick up truck | 1,000.00 | 0.00 | 1,000.00 |
| Dump trailer | 900.00 | 0.00 | 900.00 |
| **Total Assets** | 45,524.00 |  | 19,405.61 |

**Secured Debt**

| JP Morgan Chase | Claim 1-1 | 26,118.39 |
|---|---|---|

**Unsecured Claims**

| BMO Harris Bank | Claim 2-1 | 31,974.99 |
|---|---|---|
| Santander | Scheduled | 21,278.00 |
| SBA EIDL | Scheduled | 330,000.00 |
| **Total Unsecured Claims** |  | 383,252.99 |
| **Percentage Distribution Under Plan** |  | **6.52%** |