**MWR CONSTRUCTION & EXTERIORS, INC.**
**EXHIBIT C  - 5 YEAR PROFIT AND LOSS PROJECTION**

|  |  | YEAR 2023 | YEAR 2024 | YEAR 2025 | YEAR 2026 | YEAR 2027 | YEAR 2028 |
|---|---|---|---|---|---|---|---|
| **Gross Income** |  | 485,000.00 | 508,000.00 | 534,000.00 | 558,000.00 | 579,000.00 | 606,000.00 |
| Owner Salary |  | 30,000.00 | 30,000.00 | 32,000.00 | 33,000.00 | 35,000.00 | 37,000.00 |
| Fuel |  | 13,584.00 | 14,500.00 | 16,000.00 | 16,800.00 | 18,000.00 | 19,000.00 |
| Subcontractors |  | 338,550.00 | 358,000.00 | 375,000.00 | 394,000.00 | 413,000.00 | 435,000.00 |
| Insurance |  | 14,667.00 | 15,500.00 | 16,275.00 | 17,000.00 | 18,000.00 | 19,000.00 |
| Phone |  | 1,824.00 | 2,000.00 | 2,000.00 | 2,200.00 | 2,300.00 | 2,400.00 |
| Materials and supplies |  | 36,895.50 | 37,000.00 | 39,000.00 | 41,000.00 | 43,000.00 | 45,000.00 |
| Accounting/Legal |  | 5,493.00 | 5,800.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,500.00 |
| Permits |  | 12,550.00 | 13,200.00 | 14,000.00 | 14,000.00 | 15,000.00 | 16,000.00 |
| Dumpster/disposal |  | 15,524.00 | 16,300.00 | 17,500.00 | 18,000.00 | 19,000.00 | 20,000.00 |
| Car payment |  | 8,880.00 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** |  | 477,967.50 | 492,300.00 | 517,775.00 | 542,000.00 | 569,300.00 | 599,900.00 |
| **Income Prior to Plan Expenses** |  | 7,032.50 | 15,700.00 | 16,225.00 | 16,000.00 | 9,700.00 | 6,100.00 |
| Ch 11 payments and expenses | Sub V Trustee | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Secured creditor | 0.00 | 8,880.00 | 8,880.00 | 8,880.00 | 2,220.00 | 0.00 |
|  | GUC Payments | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Total Ch. 11 payments and expenses |  | 7,000.00 | 13,880.00 | 13,880.00 | 13,880.00 | 7,220.00 | 5,000.00 |
| **Net Income** |  | 32.50 | 1,820.00 | 2,345.00 | 2,120.00 | 2,480.00 | 1,100.00 |