**NWR CONSTRUCTION & EXTERIORS, INC.**

**Exhibit D - SUMMARY OF OPERATING REPORTS**

| Month | Beginning Balance | Income | Expenses |
|---|---|---|---|
| Oct-23 | 9,624.12 | 51,526.09 | 54,887.32 |
| Nov-23 | 6,263.04 | 60,396.45 | 56,567.99 |

**Ending Balance**

6,263.04

10,093.50