UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-13173 |
| NWR Construction & Exteriors, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONFIRMING PLAN

This matter coming to be heard upon the confirmation hearing on the Chapter 11 Small Business Plan Subchapter V Plan filed by NWR Construction & Exteriors, Inc. (the "Debtor") on January 02, 2024 [Dkt. 19] (the "Plan"). No Creditors having voted for or against the plan. The Court finding pursuant to 11 U.S. Code § 1191 - Confirmation of plan, that that the Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims or interests that is impaired under and has not accepted the plan.

IT IS HEREBY ORDERED that:

1) The Plan at Docket Number 19 is confirmed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 10, 2024

**Prepared by:**

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
Bankruptcy Counsel for the Debtor