UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>NWR CONSTRUCTION &<br>    EXTERIORS, INC.<br><br>Debtor | Case No. 23-13173 |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Neema T. Varghese*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.  A plan was confirmed on April 10, 2024.  No plan payments were made to the trustee.  The Court deemed the plan substantially consummated, and pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on April 10, 2024 the Court ordered compensation of $6,240.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on April 22, 2024.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.


Date: June 17, 2024                        By:  /s/ Neema T. Varghese
                                                Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**